AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Jeffery Cooper<br>*Defendant* | )<br>)<br>) Case No. 3:13mj062-SAA<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jeffery Cooper                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Failure to Register as a Sex Offender: From on or about July 4, 2013 through September 19, 2013, Jeffery Cooper, a person required to register a a sex offender, traveled in interstate commerce from from the Northern District of Indiana to the Northern District of Mississippi without updating his registration in Indiana or registering in Mississippi, in violation of Title 18, United States Code, Section 2250.


Date: October 1, 2013

_____
*Issuing officer's signature*

City and state:   Oxford, MS                              S. Allan Alexander, U S Magistrate Judge
                                                                             *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                       _____
                                                              *Arresting officer's signature*

                                                              _____
                                                              *Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jeffery Cooper
Known aliases:
Last known residence: 11 CR 255A, Glen, MS 38846
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 03/16/1973
Social Security number: 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
Height:                                              Weight:
Sex: Male                                            Race:
Hair:                                                Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: